# Third District Court of Appeal
## State of Florida

Opinion filed December 31, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0560
Lower Tribunal No. 24-2773-CA-01
_____

**El Matatan Rest and Lounge Mundo Alvaro, LLC, et al.,**
Appellants,

vs.

**Tomasa Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

Barrios-Balbin, P.A., and Louis M. Barrios-Balbin, for appellants.

Henry E. Marines, P.A., and Henry E. Marines, for appellee.

Before FERNANDEZ, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed.